IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| MARGARET CROWLEY, MARGARET JONAS, FRANCINE JUPITER, JAY JUPITER, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Case No. 1:18-cv-00996-AJT-MSN |
| OFFIT KURMAN, P.C., d/b/a OFFIT KURMAN, P.A., | ) ) | |
| Defendant. | ) ) | |

**STIPULATION OF DISMISSAL**

WILL THE COURT please take notice that parties have settled this matter and that this

matter should be dismissed with prejudice.

MARGARET CROWLEY, MARGARET
JONAS, FRANCINE JUPITER, JAY
JUPITER, individually and on behalf of all
others similarly situated.


By: _____/s/ Scott A. Surovell_____.
        Scott A. Surovell


Scott A. Surovell, Esquire, VSB #40278
Nathan D. Rozsa, Esquire, VSB #77268
SUROVELL ISAACS & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Telephone 703.277.9750
Facsimile 703.591.9285
Email SSurovell@SurovellFirm.com
Email NRozsa@SurovellFirm.com
Counsel for Plaintiffs

<u>Certificate of Service</u>

I certify that I served the foregoing upon the Defendant by email as follows:

Michael E. Barnsback, Esq.
O'Hagan Meyer
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
Counsel for Defendant


    /s/ Scott A. Surovell      .
Scott A. Surovell